■ In the Matter of the Estate of ARNOLD BAYLEY, Deceased. E. F. W. WILDERMUTH et al., Appellants; ANTHONY MASTROIANNI, as Public Administrator of Suffolk County, et al., Respondents.— Two orders of the Surrogate's Court, Suffolk County, dated February 17, 1972 and March 22, 1972, respectively, affirmed, upon the opinions of the Surrogate, without costs. There should be no further delay in the proceedings looking for the probate of the will. Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur. [72 Misc 2d 312.]

■ In the Matter of the Estate of MARGARET K. CARROLL, Deceased. NANCY MAGESSY et al., Appellants; JACOB RADZIVILL et al., Respondents.— Order of the Surrogate's Court, Queens County, dated March 7, 1972, affirmed, without costs. No opinion. Hopkins, Acting P. J., Martuscello, Latham and Brennan, JJ., concur; Benjamin, J., dissents and votes to reverse the order and to grant appellants' motion for leave to file objections to probate, with the following memorandum: Under the circumstances of this case, involving a family dispute, in my opinion there was no laches as a matter of law and appellants' default should be opened and their objections allowed to be filed.

■ In the Matter of JOHN F. FITZSIMONS, Petitioner, v. DEPARTMENT OF STATE, Respondent.— Proceeding dismissed on the merits and respondent's determination, dated March 6, 1972, confirmed, with costs. On the record presented, it is our opinion that there was substantial proof to sustain the determination. Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

■ In the Matter of the Estate of HYMAN GELLER, Deceased. DAVID GELLER et al., Appellants; EDITH GELLER, Respondent.— In a probate proceeding, the contestants appeal from a decree of Surrogate's Court, Kings County, dated February 17, 1972, which, *inter alia,* admitted the propounded will to probate, upon a directed verdict in favor of the proponent. Decree modified, on the law and the facts, by reducing the award of taxed costs from $913.90 to $723.90 (cf. *Corr* v. *Ottaway Newspapers Radio,* 40 A D 2d 674). As so modified, decree affirmed, with costs to respondent against appellants personally. Rabin, P. J., Munder, Latham, Shapiro and Christ, JJ., concur.